UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MICHELLE L. WEISHAAR,

        Plaintiff,

v.

        Case No. 25-cv-1423-pp

FRANK J. BISIGNANO,

        Defendant.

---

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED WITHOUT PREPAYING FILING FEE (DKT. NO. 2)

---

The plaintiff has filed a complaint seeking judicial review of a final administrative decision denying her claim for disability insurance benefits under the Social Security Act. Dkt. No. 1. She also filed a motion for leave to proceed without prepaying the filing fee. Dkt. No. 2.

Federal law requires a person who files a complaint in federal court to pay $405—a filing fee of $350 (28 U.S.C. §1914(a)) and a $55 administrative fee (Judicial Conference of the United States District Court Miscellaneous Fee Schedule Effective the December 1, 2023, #14). To allow the plaintiff to proceed without prepaying the filing fee, the court first must decide whether the plaintiff can pay the fee; if not, it must determine whether the lawsuit is frivolous. 28 U.S.C. §§1915(a) and 1915(e)(2)(B)(i).

Based on the facts in the plaintiff's affidavit, the court concludes that she does not have the ability to pay the filing fee. The plaintiff indicates that she is

1

not employed, she is not married and she has no dependents she is responsible for supporting. Dkt. No. 2 at 1. The only source of income the plaintiff lists is "Quest card for food from State, State Assistance Healthcare." Id. at 2. The plaintiff lists no expenses; she does not own her home, a car or any other property of value; she has no cash on hand or in a checking or savings account. Id. at 2-4. The plaintiff states,

> I live with my 80 year old Mom. She pays for the house I live in, the utilities, water, Insurance for home and car. She pays for gas and upkeep of her vehicle that she lets me borrow. She pays for my cell phone, cable and WIFI, plus land line home phone. She pays for my female products and soaps for showers. She pays for my dog vet bills and food/treats. She pays for toilet paper, dish soap, and laundry soap. She pays for my dental and eyeglasses. My Mom also pays for the upkeep of the house and yard. She pays for my clothes and shoes. When I run out of food she pays. She pays for everything and does not expect to be paid back! But her health is really bad and has had a stroke and keeps having mini strokes. As of 9-12-2025 and is in the hospital.

Id. at 4. The plaintiff has demonstrated that she cannot pay the $405 fee.

The next step is to determine whether the case is frivolous. A case is frivolous if there is no arguable basis for relief either in law or in fact. Denton v. Hernandez, 504 U.S. 25, 31 (1992) (quoting Nietzke v. Williams, 490 U.S. 319, 325 (1989); Casteel v. Pieschek, 3 F.3d 1050, 1056 (7th Cir. 1993)). A person may obtain district court review of a final decision of the Commissioner of Social Security. 42 U.S.C. §405(g). The district court must uphold the Commissioner's final decision as long as the Commissioner used the correct legal standards and the decision is supported by substantial evidence. See Roddy v. Astrue, 705 F.3d 631, 636 (7th Cir. 2013).

The plaintiff's complaint indicates that she was denied Social Security Disability Benefits and Supplemental Security Income for lack of disability, that the plaintiff is disabled and that the conclusions and findings of fact by the Commissioner when denying benefits are not supported by substantial evidence and are contrary to federal laws and regulations. Dkt. No. 1 at 1-2. At this early stage in the case, and based on the information in the plaintiff's complaint, the court concludes that there may be a basis in law or in fact for the plaintiff's appeal of the Commissioner's decision, and that the appeal may have merit, as defined by 28 U.S.C. §1915(e)(2)(B)(i).

The court **GRANTS** the plaintiff's motion for leave to proceed without prepaying the filing fee. Dkt. No. 2.

Dated in Milwaukee, Wisconsin this 18th day of September, 2025.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER
Chief United States District Judge**